UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AUSTIN DOWD, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>STEVEN SISOLAK, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:15-cv-136-APG-VCF<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>(Dkt. ## 8, 9, 10, 19, 31, 36) |

Pending in this case are:

(1) a motion to dismiss or quash service filed by defendants Gillespie, Lombardo, Forbus, Hammack, and the Las Vegas Metropolitan Police Department (collectively, the "Metro Defendants") (Dkt. #8);

(2) defendants' motion to disqualify plaintiffs' counsel (Dkt. #9);

(3) a motion to dismiss filed by defendants Sisolak, Scow, Collings, Weekly, Brown, Giunchigliani, Brager, Wells the Board of County Commissioners and Clark County (collectively, the "Commission Defendants") (Dkt. #10); and

(4) plaintiffs' motion to amend their complaint (Dkt. #19).

On August 12, 2015, Magistrate Judge Ferenbach entered his Order and Report & Recommendation recommending dismissal of plaintiffs' complaint and denial of plaintiffs' motion to amend. (Dkt. #31.) Plaintiffs filed an objection to that Recommendation.[1] (Dkt. #36.) I have conducted a de novo review of the issues set forth in the Report & Recommendation, pursuant to Local Rule IB 3-2. Judge Ferenbach's Report and Recommendation sets forth the proper legal

---

[1] Judge Ferenbach denied defendants' motion to disqualify plaintiffs' counsel (Dkt. #9). That is a final decision that may be appealed to me under Local Rule IB 3-1. Plaintiffs did not formally appeal that ruling, but objected to it in their Objection. (Dkt. #36 at 12-13.) I will treat that portion of the Objection as an appeal under Local Rule IB 3-1.

analysis and factual basis for the decision. Rather than repeat that analysis here, I incorporate it by reference. Therefore,

IT IS HEREBY ORDERED that plaintiffs' Objection **(Dkt. #36) is overruled** and the Report and Recommendation **(Dkt. #31) is accepted**. The Metro Defendants' motion to dismiss **(Dkt. #8) is granted**, the Commission Defendants' motion to dismiss **(Dkt. #10) is granted**, the defendants' motion to disqualify plaintiffs' counsel **(Dkt. #9) is denied as moot**, and plaintiffs' motion to amend their complaint **(Dkt. #19) is denied**. Accordingly, this **case is dismissed**. The clerk of the court shall enter Judgment accordingly.

Dated: October 16, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE