# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

AUSTIN DOWD, *et al.*,

        Plaintiffs,

vs.

STEVEN SISOLAK, *et al.*,

        Defendants.

2:15-cv-00136-RFB-VCF

**ORDER**

     Before the court is Plaintiff's Substitution of Counsel (ECF No. 44). This case is closed. On November 15, 2015, Plaintiff filed a Notice of Appeal. (ECF No. 42). Since this case is on appeal, the substitution of counsel must be filed with the Ninth Circuit.

     Accordingly,

     IT IS HEREBY ORDERED that Plaintiff's Substitution of Counsel (ECF No. 44) is DENIED.

     DATED this 6th day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE